1  Thomas W. McLane, WSBA No. 12226
   ALLEN & McLANE, P.C.
2  The Paulsen Center, Suite 421
   421 W. Riverside Avenue
3  Spokane, WA 99201
   Telephone: (509) 777-2211
4  Facsimile: (509) 777-2215

5  Attorneys for Defendant

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF WASHINGTON

9

10 RICHARD SOUTHAM,              ) Case No.: CV-04-5104-FVS
                                 )
11         Plaintiff,             )
                                 )
12     vs.                       )
                                 )  **ORDER OF DISMISSAL
13 FLUOR HANFORD, INC.,          )  WITH PREJUDICE**
                                 )
14         Defendant.             )
                                 )
15

16     Pursuant to the Stipulation of the Plaintiff and Defendant,

17     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

18 the above-entitled action be dismissed with prejudice and without

19 costs or attorneys fees to any party.

20

21 DONE IN OPEN COURT this 17th day of ~~March~~ April, 2005.

22

23                    _____
                      Honorable Fred Van Sickle
24                    Chief United States District Judge

25 / / /

---

[PROPOSED] ORDER OF DIMISSAL WITH PREJUDICE -
Page 1

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following, and/or I caused to be served a true and correct copy of the foregoing on the following in the manner indicated below:

| | |
|---|---|
| Melton L. Crawford<br>MacDonald Hoague & Bayless<br>1500 Hoge Building<br>705 Second Avenue<br>Seattle, WA 98104-1745 | __X__ Electronically<br>____ U.S. Mail<br>____ Overnight Mail<br>____ Hand Delivery<br>____ Facsimile |
| Kenneth M. Norris<br>Fluor Hanford, Inc.<br>P.O. Box 1000<br>Richland, WA 99352 | ____ Electronically<br>__X__ U.S. Mail<br>____ Overnight Mail<br>____ Hand Delivery<br>____ Facsimile |

s/ Thomas W. McLane
Thomas W. McLane, WSBA 12226
Attorney for Defendant
ALLEN & McLANE, P.C.
The Paulsen Center, Suite 421
421 W. Riverside Avenue
Spokane, WA  99201
Telephone:  (509) 777-2211
Facsimile:   (509) 777-2215
E-Mail:  twm@allenmclane.com

[PROPOSED] ORDER OF DIMISSAL WITH PREJUDICE -
Page 2

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215